IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RICKY MOORE,                                                                                          PLAINTIFF

v.                                                                                              No. 4:04CV130-M-B

TERRY HILL, EUGENE GALLION,
MARY CRAWFORD & PATRICIA McGOWAN                                        DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 13, 2006, was on that date duly served by regular mail upon the *pro se* plaintiff and electronically upon counsel for the defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore **ORDERED:**

l. That the Report and Recommendation of the United States Magistrate Judge dated February 13, 2006, is approved and adopted as the opinion of the Court;

2. That **JUDGMENT** is hereby entered in favor of defendants on plaintiff's claims; and this case is **DISMISSED** with prejudice.

3. That the parties shall bear their own costs.

**THIS**, the 23rd day of March, 2006.

                                           /s/ Michael P. Mills
                                         **UNITED STATES DISTRICT JUDGE**